UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERTA MACK                                    JURY TRIAL DEMANDED

v.                                              CASE NO.  3:13CV

CELLEMME LAW, LLC
CARECO SHORELINE, INC.                  COMPLAINT

    1.   Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act

("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act, Conn.

Gen. Stat. §36a-648 ("CCPA"), and the Connecticut Unfair Trade Practices Act, §42-110g

(CUTPA).

    2.   The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

    3.   Defendant CareCo is a Connecticut corporation that provided  home health care to

plaintiff's parents pursuant to a Client Services Agreement dated February 28, 2012.

    4.   Defendant Cellemme regularly collects or attempts to collect consumer debt for

CareCo and others by use of the mails.

    5.   On November 21, 2012, plaintiff terminated the services of  CareCo.

    6.   Thereafter, Cellemme sent a letter to plaintiff dated February 27, 2013, demanding

a balance of $4,170.62 "within ten (10) days of this demand [or] our client has instructed us to

initiate legal action to collect the debt."

    7.   Plaintiff mailed a timely written dispute notice pursuant to the §1692g notice

included in the Cellemme letter.

    8.   The Cellemme response letter of April 22, 2013, did not provide verification of the

debt but did simultaneously demand payment, in violation of § 1692g(b).

9.   The amount demanded was substantially in excess of plaintiff's liability.

10. The amount demanded included interest at an illegal rate of 18%.

11. Defendant CareCo has refused to remit the $654.38 refund due plaintiff.

FIRST COUNT

12.  In the collection efforts within one year prior to the date of this action, defendant Cellemme violated the FDCPA, § 1692e, –f(1) or -g.

SECOND COUNT

13. In the collection efforts within one year prior to the date of this action, defendant CareCo violated the CCPA.

 THIRD COUNT

14. In the collection efforts within three years prior to the date of this action, defendant Careco violated CUTPA.

WHEREFORE plaintiff respectfully requests this Court to:

1.   Award plaintiff  such damages as are permitted by law, including $1,000 statutory damages against defendant Cellemme under the FDCPA, plus $1,000 statutory damages against defendant Careco under the CCPA, and actual and punitive damages against defendant CareCo under CUTPA.

2.   Award the plaintiff costs of suit and a reasonable attorney's fee.

3.   Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net